UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONTAGUE COOPER | * | CIVIL ACTION |
| VERSUS | * | NUMBER: |
| BOAT CREWS USA and OFFSHORE MARINE, LLC | * | SECTION: |
| | * | MAGISTRATE |
| * * * * * * * | | IN ADMIRALTY/RULE 9(H) |

## COMPLAINT FOR SEAMAN'S WAGES

NOW INTO COURT, through undersigned counsel, comes MONTAGUE COOPER, a person of full age of majority and resident of the State of Florida, and for his Complaint, respectfully asserts as follows:

1.

## JURISDICTION

This Honorable Court has jurisdiction over this matter in admiralty, pursuant to 28 U.S.C. §1333, and plaintiff hereby designates his claim in admiralty pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Made defendants herein are:

1. BOAT CREWS USA, on information and belief, a corporation authorized to do and doing business in the State of Louisiana, and at all times pertinent hereto, the employer of the plaintiff and/or owner and/or operator of the M/V HANNAH B.

2. OFFSHORE MARINE, LLC, on information and belief, a corporation incorporated under the laws and statutes of the State of Washington, and at all times

pertinent hereto, the employer of the plaintiff and/or the owner and/or operator of the M/V HANNAH B.

## **FIRST CAUSE OF ACTION**

3.

MONTAGUE COOPER was at all times mentioned herein an employee of the defendants and a member of the crew of the M/V HANNAH B, performing his duties as a seaman aboard said vessel, working in the interest of said defendants, which defendants are liable unto them under the admiralty law for wages and penalty wages, 46 U.S.C. §10313, et seq., and pursuant to the General Maritime Law of the United States of America, and under the laws and statutes of the State of Louisiana, and he brings this suit pursuant to the savings to suitors clause of the United States Constitution and Supplemental Rules For Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and hereby designates this claim as one in admiralty and maritime, for the following reasons:

4.

On or about October 24, 2011, the plaintiff was hired by the defendants as an engineer aboard the M/V HANNAH B, a vessel owned and/or operated by the defendants.

5.

At the time he was hired, plaintiff was to be paid $100.00 per day for two weeks, and thereafter he was to be paid $150.00 per day.

6.

Plaintiff boarded the vessel in Larose, Louisiana, and sailed with the vessel to Key West, Florida and to Haiti.  Plaintiff continued to work for the defendants until on or about January 24, 2012.  To date, plaintiff has not been paid any wages by the defendants.

7.

Pursuant to 46 U.S.C. § 10313, the defendants are liable unto the plaintiff for the wages due to him for his period of employment, together with two days wages for each day payment of the wages due is delayed, and any other damages allowed by law, together with interest from the date of occurrence, attorney's fees, and all costs of these proceedings.

WHEREFORE, plaintiff, Montague Cooper, prays for judgment in his favor and against the defendants, Boat Crews USA and Offshore Marine, LLC, for an accounting of all wages due to him, for unpaid wages, for penalty wages pursuant to 46 U.S.C. § 10313 and/or any other applicable laws, for prejudgment interest from the date of occurrence, legal interest from the date of demand, attorney's fees, all costs of these proceedings, and any other damages allowed by law, all in a full and true amount to be determined at the trial of this matter; and for such other relief as the law and equity may provide.

RESPECTFULLY SUBMITTED:

__s/ David C. Whitmore_____
LAWRENCE BLAKE JONES  (7495)
DAVID C. WHITMORE      (17864)
SCHEUERMANN & JONES
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone:  (504) 525-4361
Facsimile:  (504) 525-4380