

MINUTE ENTRY
LEMMON, J.
APRIL 3, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONTAGUE COOPER | CIVIL ACTION |
| VERSUS | NO. 12-646 |
| OFFSHORE MARINE, LLC, et al | SECTION "S" (1) |

MARY ANN VIAL LEMMON, PRESIDING

**THURSDAY, APRIL 3, 2014 AT 9:00 A.M.**

| | |
|---|---|
| COURTROOM DEPUTY: | Cesyle Nelson |
| COURT REPORTER: | Arlene Movahed |
| | |
| APPEARANCES: | L. Blake Jones and David C. Whitmore for the plaintiff |
| | Philip A. Spence for the defendants Trident Management, LLC and Trident Management Group, LLC |

**BENCH TRIAL**

Plaintiff's counsel informed the court the plaintiff Montague Cooper was homeless and was unable to be located. They further represented to the court that Mr. Cooper was aware of this trial date, and they moved for a brief continuance, or in the alternative, for a dismissal without prejudice with the right to reopen within 60 days if Mr. Cooper could be found.

The defendants objected and moved for a dismissal with prejudice.

For the reasons orally stated, the court granted the defendants motion and dismissed this case with prejudice.

```
JS-10:0:05
```