UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MONTAGUE COOPER | CIVIL ACTION |
| VERSUS | NO. 12-646 |
| OFFSHORE MARINE, LLC. et al | SECTION "S" (1) |

### **J U D G M E N T**

Considering the reasons orally stated on the record on April 3, 2014, accordingly;

IT IS ORDERED, ADJUDGED, AND DECREED, that there be judgment in favor of defendants Trident Management, LLC and Trident Management Group, LLC and against plaintiff Montague Cooper, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this __3rd__ day of April, 2014.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE